O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CLARK,<br><br>Petitioner,<br>v.<br><br>THAHESHA JUSINO, Warden,<br><br>Respondent. | Case No. 2:21-cv-02485-CAS-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected and Respondent's reply. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered (1) granting Respondent's Motion to Dismiss; and (2) denying the Petition and dismissing the action without prejudice for lack of jurisdiction.

DATED: November 4, 2021

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE