JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CLARK, <br><br> Petitioner, <br><br> v. <br><br> THAHESHA JUSINO, Warden, <br><br> Respondent. | Case No. 2:21-cv-02485-CAS (AFM) <br><br> **JUDGMENT** |

This matter came before the Court on the Petition of JAMES EDWARD CLARK, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice for lack of jurisdiction.

DATED: November 4, 2021

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE